# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **LOUISE M. HARVEY,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| **vs.** | § | |
| | § | **CAUSE NO. 2:17-cv-12151** |
| **BLUESTEM BRANDS, INC., d/b/a** | § | |
| **FINGERHUT; FIRST CONTACT,** | § | |
| **LLC; ALLIANCEONE** | § | |
| **RECEIVABLES MANAGEMENT,** | § | **DEMAND FOR JURY TRIAL** |
| **INC.; and DOES 1 – 100,** | § | |
| | § | |
| | § | |
| **Defendant(s).** | § | |
| | § | |

## PLAINTIFF'S COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

For this Complaint, Plaintiff Louise M. Harvey ("Plaintiff"), by and through the undersigned counsel, pleads as follows:

## INTRODUCTION

1. This action arises out of Defendants' continuous harassment of Plaintiff via invasive and disruptive telephone calls to Plaintiff's cellular telephone that Defendants placed to collect an alleged debt in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA").

2. As quoted by the United States Supreme Court, Senator Fritz Hollings, the sponsor of the TCPA, stated on the floor of the United States Senate:

> "Computerized calls are the scourge of modern civilization. They wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone right out of the wall." *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 384, 132 S. Ct. 740, 752 (2012).

- 1 -

3.  Defendant Bluestem Brands, Inc. d/b/a Fingerhut ("Bluestem") owns and operates 16 e-commerce retail brands, including Fingerhut.  Bluestem engaged the services of Defendants First Contact, LLC d/b/a iQor ("First Contact") and Defendant AllianceOne Receivables Management, Inc. ("AOI") (all collectively referred to herein as "Defendants") to place telephone calls to Plaintiff.

4.  After suffering from a non-stop bombardment of calls, Plaintiff revoked consent to be called on her cellular telephone.  Completely disregarding Plaintiff's demand for Defendants to stop calling, Defendants proceeded to place a combined total of no less than 270 calls to Plaintiff's cellular phone over a period of approximately three and one half months.  Defendants would call Plaintiff multiple times a day in furtherance of their harassing debt collection efforts.

5.  Defendants acted in concert to carry out the harassment.  Defendants' unlawful conduct was part of a business plan and practice of unlawful collection abuse, including repeated and intrusive telephone calls and the failure to cease calling after having been instructed to stop.

6.  Plaintiff brings this action for redress as provided for by the TCPA.

## JURISDICTION AND VENUE

7.  Subject matter jurisdiction of this court arises pursuant to 28 U.S.C. § 1331 and the TCPA.

8.  Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

9. Plaintiff Louise M. Harvey is an adult individual, and is a "Person" as defined by 47 U.S.C. § 153(39).

10. Defendant Bluestem Brands, Inc. d/b/a Fingerhut ("Bluestem") is a Delaware corporation with its principal place of business located at 7075 Flying Cloud Drive, Eden Prairie, MN 55344.

11. Defendant First Contact, LLC ("First Contact") is a Minnesota limited liability company with its principal place of business located at 200 Central Avenue, 7th Floor, St. Petersburg, FL 33701.  First Contact is a wholly owned subsidiary of iQor US, Inc. and an affiliate of Allied Interstate, LLC.  The principal purpose of Allied Interstate, LLC is the collection of debts and it regularly attempts to collect debts alleged to be due to another.

12. AllianceOne Receivable Management, Inc. ("AOI") is a Delaware Corporation with its principal place of business located at 4850 E. Street Road, Suite 300, Trevose, PA 19053. The principal purpose of AOI is the collection of debts and it regularly attempts to collect debts alleged to be due to another.

13. Does 1 – 100 are parties whose identities are not presently known to Plaintiff but may have worked in concert with or as agents for one or more of the Defendants in making unlawful calls to Plaintiff.

## FACTUAL ALLEGATIONS

### *The Telephone Consumer Protection Act, 47 U.S.C. § 227*

14. In 1991, the TCPA was passed by the United States Congress and signed into law by President George H. W. Bush.

15. The TCPA defines an "automatic telephone dialing system" ("ATDS") as "equipment which has the capacity (A) to store or produce telephone numbers to be called, using a

random or sequential number generator; and (B) to dial such numbers." 47 U.S.C. §

227(a)(1).

16. The TCPA makes it unlawful:

> "(A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice-
> ***
>
> > "(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call[.]"

47 U.S.C. § 227(b)(1)(A)(iii).

17. A person may bring an action to enjoin a violation of 47 U.S.C. § 227(b)(1)(A)(iii).

*Id.* at § 227(b)(3).

18. A person may bring an action to recover the greater of actual damages or $500.00

for a violation of 47 U.S.C. § 227(b)(1)(A)(iii). *Id.*

19. A court may award treble damages against a Defendant for a willful or knowing

violation of 47 U.S.C. § 227(b)(1)(A)(iii). *Id.*

20. The TCPA directs the Federal Communications Commission ("FCC") to prescribe

regulations implementing restrictions on the use of autodialers. 47 U.S.C. §

227(b)(2).

21. In its Declaratory Ruling released on July 3, 2003, the FCC stated:

> "The record demonstrates that a predictive dialer is equipment that dials numbers and, when certain computer software is attached, also assists telemarketers in predicting when a sales agent will be available to take calls. The hardware, when paired with certain software, has the capacity to store or produce numbers and dial those numbers at random, in sequential order, or from a database of numbers…the Commission finds that a predictive dialer falls within the meaning and statutory definition of an 'automatic telephone

dialing equipment' and the intent of Congress." *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 18 FCC Rcd 14014, ¶131-133 (2003) ("2003 TCPA Order").

22. In its Declaratory Ruling released on January 4, 2008, the FCC stated:

> "In this Declaratory Ruling, we affirm that a predictive dialer constitutes an automatic telephone dialing system and is subject to the TCPA's restrictions on the use of autodialers." *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* CG Dkt. No. 92–90, 23 FCC Rcd. 559, 566 (2008).

23. In its Declaratory Ruling released on November 29, 2012, the FCC stated:

> "Under the TCPA, the term 'automatic telephone dialing system' or 'autodialer' is defined as 'equipment which has the capacity -- (A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers.' [47 U.S.C.] § 227(a)(1). The Commission has emphasized that this definition covers any equipment that has the specified capacity to generate numbers and dial them without human intervention regardless of whether the numbers called are randomly or sequentially generated or come from calling lists." *In the Matter of Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991*, Declaratory Ruling, 27 F.C.C. Rcd. 15391, 15392 n.5 (2012) (*Citing 2003 TCPA Order*, 18 FCC Rcd at 14092, para. 133).

24. In its Declaratory Ruling and Order of July 10, 2015, the FCC stated,

> "[T]he Commission has also long held that the basic functions of an autodialer are to 'dial numbers without human intervention' and to 'dial thousands of numbers in a short period of time.' How the human intervention element applies to a particular piece of equipment is specific to each individual piece of equipment, based on how the equipment functions and depends on human intervention, and is therefore a case-by-case determination." *In the Matter of Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 30 FCC Rcd. 7975 (2015). (*Citing 2003 TCPA Order*, 18 FCC Rcd at 14092, para. 132-33; *see also ACA Declaratory Ruling*, 23 FCC Rcd at 566, para. 13; *SoundBite Declaratory Ruling*, 27 FCC Rcd at 15392, para. 2 n.5.).

***Defendants' autodialer systems.***

- 5 -

25. First Contact and its affiliate, Allied Interstate, LLC, use a proprietary predictive dialer software system called "aQrate" in connection with calls that are placed to consumers.

26. First Contact's affiliate, iQor Technologies, Inc., owns the trademark "aQrate," U.S. Serial Number 8531104.   Attached hereto as **Exhibit 1** are true and accurate copies of the Trademark/Service Mark Statement of Use submitted to the United State Patent and Trademark Office by iQor Technologies, Inc. in connection with it trademark application. The functionality includes:

> _Outbound Predictive Dialing:_ To initiate outbound calls, the system monitors several real-time events, including dialing time, average talk time and wrap-up time, and simultaneously predicts when to make a call and how many calls to make.
> _Predictive Dialer System:_ Recognizes fax tones, modem tones, SIT tones, and answering machine for additional detection to presents agents with "live" callers.

27. Other Courts have found that, "This technology is precisely that contemplated by the FCC in the 2003 and 2008 Orders, a predictive dialer which 'calls them at a rate to ensure that when a consumer answers the phone, a sales person is available to take the call,' which was determined by the FCC to be an ATDS.   Accordingly, under both FCC Orders Defendant's system is an ATDS and the calls in question violated the TCPA." *Morse v. Allied Interstate, LLC*, 65 F. Supp. 3d 407 at Pg. 8-9 (M.D. Pa. 2014) (Internal citations omitted).

28. The State of Texas has implemented laws that require the registration and permitting of dialer systems.  Texas Utility Code § 55.130(a).

29. Texas Utility Code § 55.121 defines an "automatic dial announcing device" ("ADAD") as, "automated equipment used for telephone solicitation or collection that can:

> "(A) store telephone numbers to be called or produce numbers to be called through use of a random or sequential number generator; and

"(B) convey, alone or in conjunction with other equipment, a prerecorded or synthesized voice message to the number called without the use of a live operator."

30. At all times material, the dialer system used by First Contact in connection with its communications with Plaintiff was registered under the name of its affiliate, Allied Interstate, LLC, as an ADAD with the Public Utilities Commission of Texas ("PUCT"). Attached hereto as **Exhibit 2** are true and accurate copies of ADAD Registrations submitted to the PUCT by First Contact's affiliate from 2014 through 2016.

31. At all times material, the dialer system used by AOI in connection with its communications with Plaintiff was registered as an ADAD with the Public Utilities Commission of Texas. Attached hereto as **Exhibit 3** are true and accurate copies of ADAD Registrations submitted to the PUCT by AOI from 2014 through 2016.

*TCPA class action involving Defendants.*

32. On September 11, 2013, Timothy Haight filed a Complaint, captioned *Timothy Haight v. Bluestem Brands, Inc.*, 6:13-cv-1400-ORL-28KRS (the "Class Action").  Haight asserted the claim, on behalf of himself and a similarly situated class of individuals, that Defendant Bluestem violated the TCPA.

33. A settlement was reached and approved in the Class Action, with the Final Approval Order being entered on June 13, 2016 in the Circuit Court of Cook County, Illinois.  As part of the settlement, Haight, on behalf of himself and the class members, released all of the Defendants named in this action of liability for their alleged violations of the TCPA.

34. Plaintiff herein opted out of the Class Action settlement.

*Defendants' unlawful harassment of Plaintiff.*

35. Bluestem engaged First Contact and AOI to call Plaintiff in an effort to collect an alleged debt.

36. First Contact and AOI were each agents of Bluestem for purposes of calling Plaintiff.

37. Within the four years prior to the filing of this Complaint, Defendant placed telephone calls to Plaintiff's cellular telephone number, (586) XXX-3107.

38. At all times material, Defendants called Plaintiff's cellular telephone using an artificial or prerecorded voice and/or an ATDS.

39. During their communications with Plaintiff, representatives of First Contact and AOI concealed their true identity and represented to Plaintiff that Plaintiff was communicating with "Fingerhut."

40. After receiving approximately 115 calls on Plaintiff's cellular telephone between July 6, 2015 and August 3, 2015, Plaintiff called Bluestem's phone number and instructed Bluestem's representative to, "stop calling my number!"

41. Defendants bombarded Plaintiff's cellular telephone with calls approximately 315 more times over a three-and-a-half-month period after Plaintiff provided the instruction to, "stop calling my number!"

42. Defendants continued to call Plaintiff's cellular telephone until Plaintiff threatened to take legal action on November 20, 2015.

43. Attached hereto as **Exhibit 4** is a summary of the calls that Defendants placed to Plaintiff. The following telephone numbers appeared on the caller ID on Plaintiff's cellular phone when Defendants called: 866-836-8987, 800-503-2370, 844-240-9758, 844-485-3204.

<u>**COUNT I**</u>
**VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT –
47 U.S.C. § 227**

44. Plaintiff incorporates by reference all of the above paragraphs as though fully stated herein.

45. At all times mentioned herein, and within four years prior to the filing of this action, Defendants called Plaintiff's cellular telephone using an ATDS and/or using a prerecorded or artificial voice.

46. Plaintiff's telephone number called by Defendants was assigned to a cellular telephone service.

47. The calls from Defendants to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

48. Calls that Defendants placed to Plaintiff's cellular telephone number violated 47 U.S.C. § 227.

49. Defendants continually harassed Plaintiff with the unauthorized calls and Plaintiff suffered an invasion of Plaintiff's privacy and a loss of privacy as a result of the actions of Defendants.

50. Despite Plaintiff directing Defendants to cease all calls to Plaintiff's cellular telephone, Defendants continued to place telephone calls to Plaintiff's cellular telephone.  Each such call placed to Plaintiff was made in knowing and/or willful violation of the TCPA.

51. Plaintiff is entitled to an order enjoining any further violation of 47 U.S.C. § 227(b)(1)(A)(iii) pursuant to 47 U.S.C. § 227(b)(3).

52. As a result of each call made by Defendants in negligent violation of the TCPA, Plaintiff is entitled to an award of the greater of actual damages or $500.00 in statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B).

53. As a result of each call made by Defendants in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award in an amount of up to $1,500.00 per violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff prays for the following relief against Defendants:

1.     That a permanent injunction be issued, restraining and enjoining Defendants, Defendants' affiliates, subsidiaries, successors, assignees, officers, members, agents, servants, employees and attorneys and any other person in active concert or participation with Defendants from communicating with Plaintiff in a manner that violates 47 U.S.C. § 227; and

2.     That judgment be entered against the Defendants for the greater of actual damages or statutory damages of Five Hundred Dollars ($500.00) for each and every negligent violation attributed to the Defendants pursuant to 47 U.S.C. § 227(b)(3)(B); and

3.     That judgment be entered against the Defendants for treble damages of up to One Thousand Five Hundred Dollars ($1,500.00) for each and every willful and/or knowing violation attributed to the Defendants pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C); and

4.     That the Court order such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

DATED this 30th day of June, 2017.

Respectfully submitted,

/s/Samuel M. Meyler
SAMUEL M. MEYLER
EASTMAN MEYLER, PC
2301 E. Riverside Dr.
Bldg. A, Suite 50

Austin, Texas 78741
Telephone: (844) 466-7326
Facsimile: (512) 879-1861
E-mail: sam.meyler@emfirm.com
WASHINGTON STATE BAR NO. 39471
ATTORNEYS FOR PLAINTIFF

# EXHIBIT 1

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85311004 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 109 |
| **MARK SECTION** | |
| **MARK** | http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=85311004 |
| **LITERAL ELEMENT** | AQRATE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION** | |
| **NAME** | iQor Technologies, Inc. |
| **STREET** | 335 Madison Avenue, 27th floor |
| **CITY** | New York |
| **STATE** | New York |
| **ZIP/POSTAL CODE** | 10017 |
| **COUNTRY** | United States |
| **PHONE** | 917-806-2940 |
| **EMAIL** | daniel.basov@iqor.com |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 009 |
| **CURRENT IDENTIFICATION** | Automated systems, namely, software, hardware and communications devices for planning, scheduling, controlling, monitoring and providing information on consumer outreach; Automatic telephone dialers |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 08/06/2013 |
| **FIRST USE IN COMMERCE DATE** | 08/06/2013 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-6624617334-183200716_._aQrate_Sample_of_Use.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT16\IMAGEOUT16\853\110\85311004\xml5\SOU0002.JPG |
| **ORIGINAL PDF FILE** | SPN0-6624617334-183200716_._aQrate_Sample_of_Use_2.pdf |
| **CONVERTED PDF FILE(S) (2 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\853\110\85311004\xml5\SOU0003.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT16\IMAGEOUT16\853\110\85311004\xml5\SOU0004.JPG |
| ORIGINAL PDF FILE | SPN0-6624617334-183200716_._aQrate_Sample_of_Use_3.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\853\110\85311004\xml5\SOU0005.JPG |
| SPECIMEN DESCRIPTION | Web pages and marketing materials for the trademark (marketed to customers and potential new customers) |
| INTERNATIONAL CLASS | 042 |
| CURRENT IDENTIFICATION | Computer software and application services provider, namely, hosting, managing, developing, analyzing and maintaining applications, software and web sites for others featuring technology that enables users to create a chronological schedule of events |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 08/06/2013 |
| FIRST USE IN COMMERCE DATE | 08/06/2013 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN1-6624617334-183200716_._aQrate_Sample_of_Use.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\853\110\85311004\xml5\SOU0006.JPG |
| ORIGINAL PDF FILE | SPN1-6624617334-183200716_._aQrate_Sample_of_Use_2.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT16\IMAGEOUT16\853\110\85311004\xml5\SOU0007.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\853\110\85311004\xml5\SOU0008.JPG |
| ORIGINAL PDF FILE | SPN1-6624617334-183200716_._aQrate_Sample_of_Use_3.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\853\110\85311004\xml5\SOU0009.JPG |
| SPECIMEN DESCRIPTION | Web pages and marketing materials for the trademark (marketed to customers and potential new customers) |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES IN USE | 2 |
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 200 |
| TOTAL AMOUNT | 600 |

## SIGNATURE SECTION

| | |
|---|---|
| | /Daniel Basov/ |
| SIGNATORY'S NAME | Daniel Basov |
| SIGNATORY'S POSITION | attorney of record |
| DATE SIGNED | 08/16/2013 |
| SIGNATORY'S PHONE NUMBER | 917-806-2940 |
| DECLARATION SIGNATURE | /Daniel Basov/ |
| SIGNATORY'S NAME | Daniel Basov |
| SIGNATORY'S POSITION | Attorney of record |
| DATE SIGNED | 08/16/2013 |

| **SIGNATORY'S PHONE NUMBER** | 917-806-2940 |
|---|---|
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Fri Aug 16 18:49:04 EDT 2013 |
| **TEAS STAMP** | USPTO/PSE-XX.XXX.XXX.XX-2<br>0130816184904750168-85311<br>004-500ef471088de743ac68c<br>15887fb6b3880d592847e2f6e<br>114ce30bed744c45fee-CC-51<br>50-20130816183200716819 |

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** AQRATE(Standard Characters, see http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=85311004)
**SERIAL NUMBER:** 85311004


The applicant, iQor Technologies, Inc., having an address of
    335 Madison Avenue, 27th floor
    New York, New York 10017
    United States
is submitting the following allegation of use information:

For International Class 009:
Current identification: Automated systems, namely, software, hardware and communications devices for planning, scheduling, controlling, monitoring and providing information on consumer outreach; Automatic telephone dialers

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 08/06/2013, and first used in commerce at least as early as 08/06/2013, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Web pages and marketing materials for the trademark (marketed to customers and potential new customers).

**Original PDF file:**
SPN0-6624617334-183200716_._aQrate_Sample_of_Use.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-6624617334-183200716_._aQrate_Sample_of_Use_2.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
**Original PDF file:**
SPN0-6624617334-183200716_._aQrate_Sample_of_Use_3.pdf
**Converted PDF file(s)** (1 page)
Specimen File1


For International Class 042:
Current identification: Computer software and application services provider, namely, hosting, managing, developing, analyzing and maintaining applications, software and web sites for others featuring technology that enables users to create a chronological schedule of events

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 08/06/2013, and first used in commerce at least as early as 08/06/2013, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Web pages and marketing materials for the trademark (marketed to customers and potential new customers).

**Original PDF file:**
SPN1-6624617334-183200716_._aQrate_Sample_of_Use.pdf
**Converted PDF file(s)** (1 page)

Specimen File1
**Original PDF file:**
SPN1-6624617334-183200716_._aQrate_Sample_of_Use_2.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
**Original PDF file:**
SPN1-6624617334-183200716_._aQrate_Sample_of_Use_3.pdf
**Converted PDF file(s)** (1 page)
Specimen File1


A fee payment in the amount of $100 will be

A fee payment in the amount of $300 will be

A fee payment in the amount of $200 will be submitted with the form, representing payment for the allegation of use for 2 classes.


**Declaration**

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the form is being filed under 15 U.S.C. Section 1126(d) or (e), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Daniel Basov/    Date Signed: 08/16/2013
Signatory's Name: Daniel Basov
Signatory's Position: Attorney of record
Signatory's Phone: 917-806-2940

RAM Sale Number: 85311004
RAM Accounting Date: 08/19/2013

Serial Number: 85311004
Internet Transmission Date: Fri Aug 16 18:49:04 EDT 2013
TEAS Stamp: USPTO/PSE-XX.XXX.XXX.XX-2013081618490475
0168-85311004-500ef471088de743ac68c15887
fb6b3880d592847e2f6e114ce30bed744c45fee-
CC-5150-20130816183200716819



# aQrate

#1 PERFORMANCE CULTURE

## Automated Action Strategies, Real-time Updates

aQrate provides automated action strategies for the entire life cycle of a client program. With aQrate, a sequence of events – calls, unattended messaging, letters, etc. – are preset to occur during specific date ranges. Key functionality include:

_Agent Break Control_:  Breaks can be initiated at agent stations without disrupting the dialing engine.

_Call Blending:_  Supports multi-application inbound/outbound calls. Agent screens database will change as inbound calls are received and outbound calls will slow to accommodate the blending. The campaign speed will adjust all the call flow type changes

_Outbound Messaging:_  Predictive dialer system can initiate outbound calls, play a message and offer the caller options to hold or press a button to speak to a live agent.

_Reverse IVR:_ Dialer can initiate outbound calls and connect it to an IVR. The receiver will be able to key in numbers to make a selection to make a payment, talk to an agent, etc.

_Outbound Predictive Dialing:_ To initiate outbound calls, the system monitors several real-time events, including dialing time, average talk time and wrap-up time, and simultaneously predicts when to make a call and how many calls to make.

_Predictive Dialer System:_  Recognizes fax tones, modem tones, SIT tones, and answering machine for additional detection to presents agents with "live" callers.

| FEATURES | |
|---|---|
| | • Individual campaigns can be managed by sorting or filtering using key fields and phone tags |
| | • Option to play a recorded message when an answering machine is detected or transfer to an agent on human contact |
| | • Ability to work with multiple TDM and SIP providers |
| | • Time Zone sensitive |
| | • Campaign and agent assignment based on skill and priority |
| | • Campaign call overflow protection |

| BENEFITS | |
|---|---|
| | • Lower abandonment, more readily available resources and stricter compliance with service level agreements |
| | • Accurate algorithm calculation and fast adjustment |
| | • Ability to dial in attended, unattended (leave message), cell phone preview, or reverse IVR |
| | • Reduced idle time - Significant reduction of unproductive agent time; adherence to contact time of day restrictions |

| EXPERT | | |
|---|---|---|
| | • Vineet Mathur | Vineet.Mathur@iqor.com |
| | | 646-713-5925 |





# NEXT GENERATION TECHNOLOGY

## Integrated Technology Drives Innovation

At iQor we use technology to improve our customers' service, elevate compliance and data security, and provide ways to make things easier for our clients.

iQor's proprietary TeQ21™ platform is a fully integrated, award-winning technology suite that includes a highly secure, global, thin-client architecture that gives our clients dynamic scalability, low ramp-up cost, and rules-based compliance. TeQ21 is powered by RadiQloud℠, an advanced cloud infrastructure with 100% virtualization of desktops across five continents. TeQ21 has fundamentally changed the way iQor operates.

| Biometric Security | WorQstations | QallBar |
| aQrate | Qorus | DeQstor |

iQor Technology Advantage: Compliance, QA, Flexibility, Security, Cost

## We Eliminated Passwords with Biometric Security

Passwords are the enemy of data security. We've eliminated them at iQor. When a contact center agent swipes a finger on their keyboard, iQor's network uses biometric identification to determine who they are, what systems they can access, and the calls they can handle.

-Back to Top

## We Switched PCs with Thin Client WorQstations

We've replaced traditional PCs and phones with thin clients that connect through RadiQloud to iQor's computer processing, dissolving boundaries between Centers. With these "dumb terminals", not a byte of data resides at the desktop. We can add or remove 1,000 terminals in 5 different centers within hours. And, the set-up of a new center can now be accomplished over a weekend.

-Back to Top

## We Replaced Phones with the QallBar℠

The agent softphone, QallBar, has embedded compliance and quality control into iQor's telephony system. It queues up necessary customer account information for the agent, allows the agent to document the history of each call, and even provides a "chat" option that allows agents to instant message a supervisor with questions or concerns.

-Back to Top

## We Automated Action Strategies with aQrate®

iQor's predictive dialer, aQrate, provides automated action strategies for the entire lifecycle of the client program. All actions are preset to occur during specific date ranges and, when necessary, strategy adjustments may be changed in real-time.

-Back to Top

## We Integrated All Regulatory Requirements with our Qorus℠ CRM Platform

iQor's proprietary workflow engine, Qorus, controls call attempts and letter production through the use of multi-layered rules. All federal and state regulatory requirements are fully integrated into iQor's system through Qorus so that non-compliant calls and letters are never an issue.

-Back to Top

## We Provide Clients with Infinite Reporting Capabilities Through DeQstor®

iQor's data extractor, DeQstor, offers clients a fully customizable infinite set of data reports that are easy for clients to create, and may be produced on demand at

any time.

-Back to Top

# The Result: The iQor Technology Advantage

**Rules-Based Compliance**

Centralized control of rules governs franchise-wide dialing, lettering, and quality monitoring.

**Quality Assurance**

iQor's fully-virtualized environment provides quality controls unheard of just years ago. From "chat" capabilities to 100% call and screen recording, our supervisors can intercept, flag, review and remediate calls instantaneously.

**Flexibility**

Through our VoIP-powered dynamic allocation capabilities, we can assign our clients' work to the appropriate center in real-time—without regard to the location.

**Data Security**

Since data resides off site at our redundant, secure data centers and is streamed to the agent only in the form of pixels, not a byte of data resides at the desktop to be mishandled.

**Low Cost**

With TeQ21 and RadiQloud, iQor achieves significant savings in telephony, hardware—thin clients are a fraction of the cost of traditional PCs—and replacement cost.

-Back to Top

You are currently viewing page 49

© 2013 IQOR US INC.; IQOR HOLDINGS INC. ALL RIGHTS RESERVED.

 # Next Generation Technology



**Integrated Technology Platform Drives Innovation**

We empower our team with the best technological tools to better support our customers.

- Eliminated passwords with biometric security
- Switched PCs with thin client WorQstations
- Replaced desk phones with QallBar$^{SM}$
- Automated action strategies with aQrate®
- Integrated all regulatory requirements with our Qorus$^{SM}$ CRM Platform
- Provided clients with infinite reporting capabilities through DeQstor®



# aQrate

#1 PERFORMANCE CULTURE

## Automated Action Strategies, Real-time Updates

aQrate provides automated action strategies for the entire life cycle of a client program. With aQrate, a sequence of events – calls, unattended messaging, letters, etc. – are preset to occur during specific date ranges. Key functionality include:

_Agent Break Control_:  Breaks can be initiated at agent stations without disrupting the dialing engine.

_Call Blending:_  Supports multi-application inbound/outbound calls. Agent screens database will change as inbound calls are received and outbound calls will slow to accommodate the blending. The campaign speed will adjust all the call flow type changes

_Outbound Messaging:_  Predictive dialer system can initiate outbound calls, play a message and offer the caller options to hold or press a button to speak to a live agent.

_Reverse IVR:_ Dialer can initiate outbound calls and connect it to an IVR. The receiver will be able to key in numbers to make a selection to make a payment, talk to an agent, etc.

_Outbound Predictive Dialing:_ To initiate outbound calls, the system monitors several real-time events, including dialing time, average talk time and wrap-up time, and simultaneously predicts when to make a call and how many calls to make.

_Predictive Dialer System:_  Recognizes fax tones, modem tones, SIT tones, and answering machine for additional detection to presents agents with "live" callers.

**FEATURES**
- Individual campaigns can be managed by sorting or filtering using key fields and phone tags
- Option to play a recorded message when an answering machine is detected or transfer to an agent on human contact
- Ability to work with multiple TDM and SIP providers
- Time Zone sensitive
- Campaign and agent assignment based on skill and priority
- Campaign call overflow protection

**BENEFITS**
- Lower abandonment, more readily available resources and stricter compliance with service level agreements
- Accurate algorithm calculation and fast adjustment
- Ability to dial in attended, unattended (leave message), cell phone preview, or reverse IVR
- Reduced idle time - Significant reduction of unproductive agent time; adherence to contact time of day restrictions

**EXPERT**
- Vineet Mathur          Vineet.Mathur@iqor.com
                              646-713-5925





# NEXT GENERATION TECHNOLOGY

## Integrated Technology Drives Innovation

At iQor we use technology to improve our customer service, elevate compliance and data security, and provide ways to make things easier for our clients.

iQor's proprietary TeQ21™ platform is an integrated, award-winning technology suite that includes a highly secure, global, thin-client architecture that gives our clients dynamic scalability, low ramp-up cost, and rules-based compliance. TeQ21 is powered by RadiQloud℠, an advanced cloud infrastructure with 100% virtualization of desktops across five continents. TeQ21 has fundamentally changed the way iQor operates.

| Biometric Security | WorQstations | QallBar |
| aQrate | Qorus | DeQstor |

iQor Technology Advantage: Compliance, QA, Flexibility, Security, Cost

## We Eliminated Passwords with Biometric Security

Passwords are the enemy of data security. We've eliminated them at iQor. When a contact center agent swipes a finger on their keyboard, iQor's network uses biometric identification to determine who they are, what systems they can access, and the calls they can handle.

-Back to Top

## We Switched PCs with Thin Client WorQstations

We've replaced traditional PCs and phones with thin clients that connect through RadiQloud to iQor's computer processing, dissolving boundaries between Centers. With these "dumb terminals", not a byte of data resides at the desktop. We can add or remove 1,000 terminals in 5 different centers within hours. And, the set-up of a new center can now be accomplished over a weekend.

-Back to Top

## We Replaced Phones with the QallBar℠

The agent softphone, QallBar, has embedded compliance and quality control into iQor's telephony system. It queues up necessary customer account information for the agent, allows the agent to document the history of each call, and even provides a "chat" option that allows agents to instant message a supervisor with questions or concerns.

-Back to Top

## We Automated Action Strategies with aQrate®

iQor's predictive dialer, aQrate, provides automated action strategies for the entire lifecycle of the client program. All actions are preset to occur during specific date ranges and, when necessary, strategy adjustments may be changed in real-time.

-Back to Top

## We Integrated All Regulatory Requirements with our Qorus℠ CRM Platform

iQor's proprietary workflow engine, Qorus, controls call attempts and letter production through the use of multi-layered rules. All federal and state regulatory requirements are fully integrated into iQor's system through Qorus so that non-compliant calls and letters are never an issue.

-Back to Top

## We Provide Clients with Infinite Reporting Capabilities Through DeQstor®

iQor's data extractor, DeQstor, offers clients a fully customizable infinite set of data reports that are easy for clients to create, and may be produced on demand at

any time.

»Back to Top

## The Result: The iQor Technology Advantage

### Rules-Based Compliance

Centralized control of rules governs franchise-wide dialing, lettering, and quality monitoring.

### Quality Assurance

iQor's fully-virtualized environment provides quality controls unheard of just years ago. From "chat" capabilities to 100% call and screen recording, our supervisors can intercept, flag, review and remediate calls instantaneously.

### Flexibility

Through our VoIP-powered dynamic allocation capabilities, we can assign our clients' work to the appropriate center in real-time—without regard to the location.

### Data Security

Since data resides off site at our redundant, secure data centers and is streamed to the agent only in the form of pixels, not a byte of data resides at the desktop to be mishandled.

### Low Cost

With TeQ21 and RadiQloud, iQor achieves significant savings in telephony, hardware—thin clients are a fraction of the cost of traditional PCs—and replacement cost.

»Back to Top

You are currently viewing page 49

© 2013 IQOR US INC.; IQOR HOLDINGS INC. ALL RIGHTS RESERVED.

 # Next Generation Technology



**Integrated Technology Platform Drives Innovation**

We empower our team with the best technological tools to better support our customers.

- Eliminated passwords with biometric security
- Switched PCs with thin client WorQstations
- Replaced desk phones with QallBar$^{SM}$
- Automated action strategies with aQrate$^{®}$
- Integrated all regulatory requirements with our Qorus$^{SM}$ CRM Platform
- Provided clients with infinite reporting capabilities through DeQstor$^{®}$

**FEE RECORD SHEET**

**Serial Number:**   85311004

**RAM Sale Number:  85311004**

**Total Fees:**      $600

**RAM Accounting Date:  20130819**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| *** UNKNOWN *** | 7005 | 20130816 | | | $100 |
| Extension Request for SOU | 7004 | 20130816 | $150 | 2 | $300 |
| Statement of Use (SOU) | 7003 | 20130816 | $100 | 2 | $200 |

**Transaction Date:**   20130816

# EXHIBIT 2



RECEIVED

14 APR 23 PM 1:36

PUBLIC UTILITY COMMISS
FILING CLERK

Donna L. Nelson
Chairman

Kenneth W. Anderson, Jr.
Commissioner

Brandy D. Marty
Commissioner

Brian Lloyd
Executive Director



Rick Perry
Governor

RECEIVED
4/16/2014
7 31 36 AM
PUBLIC UTILITY
COMMISSION OF
TEXAS
ONLINE SUBMISSION
Submitted By drobbins

## Public Utility Commission of Texas
### ADAD Registration
### Project 42082

### Company Information

**Company Name:** ALLIED INTERSTATE LLC
**PUC Tracking No.:** AD060035
**Project No:** 42082

**Submissions:** 0
**Last Submitted:** Never Submitted
**Organization Type:** Limited Liability Company, L.L.C

NOTE: For changes to business entity, state of incorporation, identification numbers, or business or professional certificates please convey information in the note field in the Affirmation section below.
Thank you.

### Click the "Submit" button to complete this section.
Submit

### Certified D/B/A Names

**No DBAs to show**

### Company Addresses and Contact Information

*Address Information*

**Mailing / PO Box**                    Non Emergency                    Primary Address
  **Company:** ALLIED INTERSTATE LLC
  **Contact:** STEPHANIE SCHUTT                              **Main:** (760) 534-0310
  **Title:**                                                **Toll-Free:**
  **Address1:** 335 MADISON AVE 27TH FL                     **Fax:**
  **Address2:**                                             **Home:**
  **City/St/Zip:** NEW YORK NY 10017                        **Cell:**
  **Website:**                                              **Email:** drobbins@cornerstonesupport.com

**Company / Physical**                  Non Emergency
  **Company:** ALLIED INTERSTATE
  **Contact:** STEPHANIE SCHUTT                             **Main:** (760) 534-0310
  **Title:**                                                **Toll-Free:**
  **Address1:** 12755 HIGHWAY 55 SUITE 300                  **Fax:**
  **Address2:**                                             **Home:**
  **City/St/Zip:** PLYMOUTH MN 55441                        **Cell:**
  **Website:**                                              **Email:** drobbins@cornerstonesupport.com

### ADAD Units

*Address Information*

**ADAD Physical Address**
  **Provider:** Asterisk                    **Manufacturer:** Asterisk
  **Serial No:** NA           **FCC/ACTA Registration No:** NA
  **Company:** ALLIED INTERSTATE LLC                **Main:** (646) 375-6148
  **Contact:** MICHELE WARD                         **Toll-Free:**
  **Title:**                                        **Fax:**
  **Address1:** 76 9TH AVENUE, 10TH FLOOR           **Cell:**
  **Address2:**
  **City/St/Zip:** NEW YORK NY 10011

                                          **Email:** michele.ward@iqor.com

### Adad Data File Uploader

171

**Files Uploaded (max 1 files. Only txt,xls file types allowed)**

| File Name | Size | Date | Delete |
|---|---|---|---|
| AD060035-2014.xls | 30.5 KB | 4/16/2014 7:31:02 AM | ✖ |

**Affirmation**

Comments:

Name: Denise Robbins

Title: Licensing Specialist

Affirm Date: 4/16/2014 7:31:20 AM

Status: EDIT

**By submitting this report, I swear and affirm that all statements and representations submitted herein are true and correct to the best of my knowledge.**

RECEIVED

2015 FEB 17 PM 3:19



PUBLIC UTILITY COMMISSION
FILING CLERK

Greg Abbott
Governor

Donna L. Nelson
Chairman

Kenneth W. Anderson, Jr.
Commissioner

Brandy D. Marquez
Commissioner

Brian Lloyd
Executive Director



RECEIVED
2/10/2015
1 11 41 PM
PUBLIC UTILITY
COMMISSION OF
TEXAS
ONLINE SUBMISSION
Submitted By: drobbins

## Public Utility Commission of Texas
### ADAD Registration
### Project 43994

### Company Information

**Company Name:** ALLIED INTERSTATE LLC

**PUC Tracking No.:** AD060035

**Project No:** 43994

**Submissions:** 0

**Last Submitted:** Never Submitted

**Organization Type:** Limited Liability Company, L.L.C

NOTE: For changes to business entity, state of incorporation, identification numbers, or business or professional certificates please convey information in the note field in the Affirmation section below. Thank you.

**Click the "Submit" button to complete this section.**

Submit

### Certified D/B/A Names

No DBAs to show

### Company Addresses and Contact Information

**Address Information**

**Mailing / PO Box**                                           Non Emergency                              Primary Address
    **Company:** ALLIED INTERSTATE LLC                                        **Main:** (760) 534-0310
    **Contact:** STEPHANIE SCHUITT                                          **Toll-Free:**
    **Title:**                                                              **Fax:**
    **Address1:** 335 MADISON AVE 27TH FL                                    **Home:**
    **Address2:**                                                           **Cell:**
    **City/St/Zip:** NEW YORK NY 10017                                       **Email:** drobbins@cornerstonesupport.com
    **Website:**

**Company / Physical**                                         Non Emergency
    **Company:** ALLIED INTERSTATE                                          **Main:** (760) 534-0310
    **Contact:** STEPHANIE SCHUITT                                          **Toll-Free:**
    **Title:**                                                              **Fax:**
    **Address1:** 12755 HIGHWAY 55 SUITE 300                                 **Home:**
    **Address2:**                                                           **Cell:**
    **City/St/Zip:** PLYMOUTH MN 55441                                       **Email:** drobbins@cornerstonesupport.com
    **Website:**

### ADAD Units

**Address Information**

**ADAD Physical Address**
    **Provider:** Asterisk                                                  **Manufacturer:** Asterisk
    **Serial No:** NA                                       **FCC/ACTA Registration No:** NA
    **Company:** ALLIED INTERSTATE LLC                                       **Main:** (646) 375-6148
    **Contact:** MICHELE WARD                                                **Toll-Free:**
    **Title:**                                                              **Fax:**
    **Address1:** 76 9TH AVENUE, 10TH FLOOR                                  **Cell:**
    **Address2:**
    **City/St/Zip:** NEW YORK NY 10011                                       **Email:** michele.ward@iqor.com

### Adad Data File Uploader

**Files Uploaded (max 1 files. Only txt,xls file types allowed)**

| *File Name* | *Size* | *Date* | *Delete* |
|---|---|---|---|
| AD060035-2015.xls | 30.5 KB | 2/10/2015 1:07:58 PM | ✖ |

**Affirmation**

Comments:

Name: Denise Robbins

Title: Licensing Specialist

Affirm Date: 2/10/2015 1:08:12 PM

Status: EDIT

**By submitting this report, I swear and affirm that all statements and representations submitted herein are true and correct to the best of my knowledge.**



2016 FEB 29 AM 11: 28

PUBLIC UTILITY COMMISSION
FILING CLERK

Donna L. Nelson
*Chairman*

Kenneth W. Anderson, Jr.
*Commissioner*

Brandy D. Marquez
*Commissioner*

Brian Lloyd
*Executive Director*

Greg Abbott
*Governor*

RECEIVED
2/24/2016
11 50 49 AM
PUBLIC UTILITY
COMMISSION OF
TEXAS
ONLINE SUBMISSION
Submitted By Tsnowden

## Public Utility Commission of Texas

### ADAD Registration
### Project 45440

### Company Information

**Company Name:** ALLIED INTERSTATE LLC

**PUC Tracking No.:** AD060035

**Project No:** 45440

**Submissions:** 0

**Last Submitted:** Never Submitted

**Organization Type:** Limited Liability Company, L.L.C

NOTE: For changes to business entity, state of incorporation, identification numbers, or business or professional certificates please convey information in the note field in the Affirmation section below. Thank you.

**Click the "Submit" button to complete this section.**

Submit

### Certified D/B/A Names

**No DBAs to show**

### Company Addresses and Contact Information

#### Address Information

**Mailing / PO Box**

Non Emergency                    Primary Address

**Company:** ALLIED INTERSTATE LLC
**Contact:** STEPHANIE SCHUTT
**Title:**
**Address1:** 200 CENTRAL AVENUE, 7TH FLOOR
**Address2:**
**City/St/Zip:** ST. PETERSBURG FL 33701
**Website:**

**Main:** (760) 534-0310
**Toll-Free:**
**Fax:**
**Home:**
**Cell:**
**Email:** swreh@cornerstonesupport.com

**Company / Physical**

Non Emergency

**Company:** ALLIED INTERSTATE
**Contact:** STEPHANIE SCHUTT
**Title:**
**Address1:** 12755 HIGHWAY 55 SUITE 300
**Address2:**
**City/St/Zip:** PLYMOUTH MN 55441
**Website:**

**Main:** (760) 534-0310
**Toll-Free:**
**Fax:**
**Home:**
**Cell:**
**Email:** swreh@cornerstonesupport.com

### ADAD Units

#### Address Information

**ADAD Physical Address**
**Provider:** Asterisk
**Serial No:** NA
**Company:** ALLIED INTERSTATE LLC
**Contact:** STEPHANIE SCHUTT
**Title:**
**Address1:** 1719 STATE RT 10 EAST,
**Address2:**
**City/St/Zip:** PARSIPPANY NJ 10011

**Manufacturer:** Asterisk
**FCC/ACTA Registration No:** NA
**Main:** (866) 490-3593
**Toll-Free:** (866) 490-3593
**Fax:**
**Cell:**

**Email:** stephanie.schutt@iqor.com

### Adad Data File Uploader



**Files Uploaded** (max 1 files. Only txt,xls file types allowed) **Portal Help Page**

| File Name | Size | Date | Delete |
|-----------|------|------|--------|
| AD060035.xlsx | 42.18 KB | 2/23/2016 4:02:03 PM | ✖ |

**Affirmation**

Comments:

Name: Dan Montenaro

Title: President

Affirm Date: 2/24/2016 11:36:10 AM

Status: EDIT

**By submitting this report, I swear and affirm that all statements and representations submitted herein are true and correct to the best of my knowledge.**

# EXHIBIT 3



RECEIVED
14 AUG 15 PM 1:39

PUBLIC UTILITY COMMISSION
FILING CLERK

Donna L. Nelson
Chairman

Kenneth W. Anderson, Jr.
Commissioner

Brandy D. Marty
Commissioner

Brian Lloyd
Executive Director

Rick Perry
Governor



RECEIVED
8/14/2014
11.20.18 AM
PUBLIC UTILITY
COMMISSION OF
TEXAS
ONLINE SUBMISSION
Submitted By jawoyinka

## Public Utility Commission of Texas
### ADAD Registration
### Project 42082

### Company Information

**Company Name:** ALLIANCEONE RECEIVABLES MANAGEMENT INC

**Submissions:** 0

**PUC Tracking No.:** AD060078

**Last Submitted:** Never Submitted

**Project No:** 42082

**Organization Type:** Corporation

NOTE: For changes to business entity, state of incorporation, identification numbers, or business or professional certificates please convey information in the note field in the Affirmation section below. Thank you.

**Click the "Submit" button to complete this section.**

Submit

### Certified D/B/A Names

*Company/ DBA/ Additional Names Information*

ALLIANCEONE

### Company Addresses and Contact Information

*Address Information*

**Mailing / PO Box**

| | |
|---|---|
| **Company:** | ALLIANCEONE RECEIVABLES MANAGEMENT INC |
| **Contact:** | ROY BUCHHOLZ |
| **Title:** | |
| **Address1:** | 4850 STREET ROAD |
| **Address2:** | SUITE 300 |
| **City/St/Zip:** | TREVOSE PA 19053 |
| **Website:** | |

**Primary Address**

**Main:** (651) 255-2001
**Toll-Free:**
**Fax:** (800) 501-4743
**Home:**
**Cell:**
**Email:** Roy.Buchholz@allianceoneinc.com

**Company / Physical**

| | |
|---|---|
| **Company:** | ALLIANCEONE RECEIVABLES MANAGEMENT INC |
| **Contact:** | JAIME AWOYINKA |
| **Title:** | |
| **Address1:** | 3000 AMES CROSSING ROAD |
| **Address2:** | SUITE 750 |
| **City/St/Zip:** | EAGAN MN 55121 |
| **Website:** | |

**Main:** (651) 255-2133
**Toll-Free:** (866) 834-4950
**Fax:** (800) 501-4743
**Home:**
**Cell:**
**Email:** Jaime.Awoyinka@allianceoneinc.com

**Contact**

| | |
|---|---|
| **Company:** | ALLIANCEONE RECEIVABLES MANAGEMENT INC |
| **Contact:** | JAIME AWOYINKA |
| **Title:** | COMPLIANCE OFFICER |
| **Address1:** | 3000 AMES CROSSING ROAD |
| **Address2:** | SUITE 750 |
| **City/St/Zip:** | EAGAN MN 55121 |
| **Website:** | |

**Main:** (651) 255-2133
**Toll-Free:** (866) 834-4950
**Fax:** (800) 501-4743
**Home:**
**Cell:**
**Email:** Jaime.Awoyinka@allianceoneinc.com

### ADAD Units

*Address Information*

**ADAD Physical Address**

**Provider:** CENTURY LINK

**Manufacturer:** ONTARIO SYSTEMS



**Serial No:** D/480SC-2T1, D/240SC-TI
**Company:** ALLIANCEONE RECEIVABLES MANAGEMENT INC
**Contact:** ROY BUCHHOLZ
**Title:**
**Address1:** 1991 S 4650 W
**Address2:**
**City/St/Zip:** SALT LAKE CITY UT 84104
**ADAD Physical Address**
**Provider:** VERIZON
**Serial No:** D/480SC-2T1, D/240SC-T1
**Company:** ALLIANCEONE RECEIVABLES MANAGEMENT INC
**Contact:** ROY BUCHHOLZ
**Title:**
**Address1:** 4850 STREET ROAD
**Address2:** LEVEL 3
**City/St/Zip:** TREVOSE PA 19053
**ADAD Physical Address**
**Provider:** Verizon
**Serial No:** D/480SC-2T1, D/240SC-TI
**Company:** ALLIANCEONE RECEIVABLES MANAGEMENT INC
**Contact:** ROY BUCHHOLZ
**Title:**
**Address1:** 1991 S 4650 W
**Address2:**
**City/St/Zip:** SALT LAKE CITY UT 84104
**ADAD Physical Address**
**Provider:** CENTURY LINK
**Serial No:** D/480SC-2T1, D/240SC-TI
**Company:** ALLIANCEONE RECEIVABLES MANAGEMENT INC
**Contact:** ROY BUCKHOLZ
**Title:**
**Address1:** 1991 S 4650 W
**Address2:**
**City/St/Zip:** SALT LAKE CITY UT 84104
**ADAD Physical Address**
**Provider:** CENTURY LINK
**Serial No:** D/480SC-2T1, D/240SC-TI
**Company:** ALLIANCEONE RECEIVABLES MANAGEMENT INC
**Contact:** ROY BUCHHOLZ
**Title:**
**Address1:** 1991 S 4650 W
**Address2:**
**City/St/Zip:** SALT LAKE CITY UT 84104
**ADAD Physical Address**
**Provider:** CENTURY LINK
**Serial No:** D/480SC-2T1, D/240SC-T1
**Company:** ALLIANCEONE RECEIVABLES MANAGEMENT INC
**Contact:** ROY BUCHHOLZ
**Title:**
**Address1:** 1991 S 4650 W
**Address2:**
**City/St/Zip:** SALT LAKE CITY UT 84104
**ADAD Physical Address**
**Provider:** Verizon
**Serial No:** D/480SC-2T1, D/240SC-T1
**Company:** ALLIANCEONE RECEIVABLES MANAGEMENT INC
**Contact:** ROY BUCHHOLZ
**Title:**
**Address1:** 1991 S 4650 W
**Address2:**
**City/St/Zip:** SALT LAKE CITY UT 84104
**ADAD Physical Address**
**Provider:** VERIZON,
**Serial No:** D/480SC-2T1, D/240SC-T1
**Company:** ALLIANCEONE RECEIVABLES MANAGEMENT INC
**Contact:** ROY BUCHHOLZ
**Title:**
**Address1:** 4850 STREET ROAD
**Address2:** SUITE 300
**City/St/Zip:** TREVOSE PA 19053
**ADAD Physical Address**

**FCC/ACTA Registration No:** ENCUSA-3315-CN-E
**Main:** (651) 255-2001
**Toll-Free:**
**Fax:** (800) 501-4743
**Cell:**

**Email:** Jaime.Awoyinka@allianceoneinc.com

**Manufacturer:** ONTARIO SYSTEMS
**FCC/ACTA Registration No:** ENCUSA-3315-CN-E
**Main:** (651) 255-2001
**Toll-Free:**
**Fax:**
**Cell:**

**Email:** Jaime.Awoyinka@allianceoneinc.com

**Manufacturer:** ONTARIO SYSTEMS
**FCC/ACTA Registration No:** ENCUSA-34549-CN-T
**Main:** (651) 255-2001
**Toll-Free:**
**Fax:** (800) 501-4743
**Cell:**

**Email:** Jaime.Awoyinka@allianceoneinc.com

**Manufacturer:** ONTARIO SYSTEMS
**FCC/ACTA Registration No:** EMUSA-21110-XD-N
**Main:** (651) 255-2001
**Toll-Free:**
**Fax:** (800) 501-4743
**Cell:**

**Email:** Jaime.Awoyinka@allianceoneinc.com

**Manufacturer:** ONTARIO SYSTEMS
**FCC/ACTA Registration No:** EMCUSA-77548-UM-E
**Main:** (651) 255-2001
**Toll-Free:**
**Fax:** (800) 501-4743
**Cell:**

**Email:** Jaime.Awoyinka@allianceoneinc.com

**Manufacturer:** ONTARIO SYSTEMS
**FCC/ACTA Registration No:** ENCUSA-34549-CN-T
**Main:** (651) 255-2001
**Toll-Free:**
**Fax:**
**Cell:**

**Email:** Jaime.Awoyinka@allianceoneinc.com

**Manufacturer:** ONTARIO SYSTEMS
**FCC/ACTA Registration No:** EMUSA-21110-XD-N
**Main:** (651) 255-2001
**Toll-Free:**
**Fax:**
**Cell:**

**Email:** Jaime.Awoyinka@allianceoneinc.com

**Manufacturer:** ONTARIO SYSTEMS
**FCC/ACTA Registration No:** EMCUSA-77548-UM-E
**Main:** (651) 255-2001
**Toll-Free:**
**Fax:**
**Cell:**

**Email:** Jaime.Awoyinka@allianceoneinc.com

Provider: VERIZON
Serial No: D/480SC-2T1, D/240SC-TI
Company:** COPY RECORD ** ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact:ROY BUCHHOLZ
Title:
Address1:4850 STREET ROAD
Address2:SUITE 300
City/St/Zip:TREVOSE PA 19053

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No:ENCUSA-3315-CN-E
Main:(651) 25S-2001
Toll-Free:
Fax:(800) 501-4743
Cell:

Email:Jaime.Awoyinka@allianceoneinc.com

## Adad Data File Uploader

**Files Uploaded (max 1 files. Only txt,xls file types allowed)**
No Files Uploaded

## Affirmation

Comments:

Name: Tim Casey

Title: President and CEO

Affirm Date: 8/14/2014 11:18:12 AM

Status: EDIT

**By submitting this report, I swear and affirm that all statements and representations submitted herein are true and correct to the best of my knowledge.**



2015 JUL 27 PM 12: 27

FILING CLERK

Greg Abbott
Governor

Donna L. Nelson
Chairman

Kenneth W. Anderson, Jr
Commissioner

Brandy D. Marquez
Commissioner

Brian Lloyd
Executive Director

RECEIVED
7/15/2015
5 15 04 PM
PUBLIC UTILITY
COMMISSION OF
TEXAS
ONLINE SUBMISSION
Submitted By jawoyinka

# Public Utility Commission of Texas
## ADAD Registration
### Project 43994

## Company Information

**Company Name:** ALLIANCEONE RECEIVABLES MANAGEMENT INC

**PUC Tracking No.:** AD060078

**Project No:** 43994

**Submissions:** 0

**Last Submitted:** Never Submitted

**Organization Type:** Corporation

NOTE: For changes to business entity, state of incorporation, identification numbers, or business or professional certificates please convey information in the note field in the Affirmation section below. Thank you.

### Click the "Submit" button to complete this section.
Submit

## Certified D/B/A Names

*Company/DBA/Additional Names Information*

ALLIANCEONE

## Company Addresses and Contact Information

*Address Information*

**Mailing / PO Box**                                   Non Emergency                     **Primary Address**
  **Company:** ALLIANCEONE RECEIVABLES MANAGEMENT INC        **Main:** (651) 255-2001
  **Contact:** ROY BUCHHOLZ                              **Toll-Free:**
  **Title:**                                               **Fax:** (800) 501-4743
  **Address1:** 4850 STREET ROAD                          **Home:**
  **Address2:** SUITE 300                                 **Cell:**
  **City/St/Zip:** TREVOSE PA 19053                       **Email:** Roy.Buchholz@allianceoneinc.com
  **Website:**

**Company / Physical**                                 Non Emergency
  **Company:** ALLIANCEONE RECEIVABLES MANAGEMENT INC        **Main:** (651) 255-2065
  **Contact:** TIM GRENZ                                 **Toll-Free:** (888) 816-8795
  **Title:**                                               **Fax:** (800) 501-4743
  **Address1:** 3000 AMES CROSSING ROAD                   **Home:**
  **Address2:** SUITE 750                                 **Cell:**
  **City/St/Zip:** EAGAN MN 55121                         **Email:** Tim.Grenz@allianceoneinc.com
  **Website:**

**Contact**                                            Non Emergency
  **Company:** ALLIANCEONE RECEIVABLES MANAGEMENT INC        **Main:** (651) 255-2065
  **Contact:** TIM GRENZ                                 **Toll-Free:** (888) 816-8795
  **Title:** COMPLIANCE OFFICER                           **Fax:** (800) 501-4743
  **Address1:** 3000 AMES CROSSING ROAD                   **Home:**
  **Address2:** SUITE 750                                 **Cell:**
  **City/St/Zip:** EAGAN MN 55121                         **Email:** tim.grenz@allianceoneinc.com
  **Website:**

## ADAD Units

*Address Information*

**ADAD Physical Address**
  **Provider:** CENTURY LINK                              **Manufacturer:** ONTARIO SYSTEMS

331

Serial No: D/480SC-2T1, D/240SC-TI
Company:ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact:ROY BUCHHOLZ
Title:
Address1:1991 S 4650 W
Address2:
City/St/Zip:SALT LAKE CITY UT 84104

**ADAD Physical Address**
Provider: VERIZON
Serial No: D/480SC-2T1, D/240SC-T1
Company:ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact:ROY BUCHHOLZ
Title:
Address1:4850 STREET ROAD
Address2:LEVEL 3
City/St/Zip:TREVOSE PA 19053

**ADAD Physical Address**
Provider: Verizon
Serial No: D/480SC-2T1, D/240SC-TI
Company:ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact:ROY BUCHHOLZ
Title:
Address1:1991 S 4650 W
Address2:
City/St/Zip:SALT LAKE CITY UT 84104

**ADAD Physical Address**
Provider: CENTURY LINK
Serial No: D/480SC-2T1, D/240SC-TI
Company:ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact:ROY BUCHHOLZ
Title:
Address1:1991 S 4650 W
Address2:
City/St/Zip:SALT LAKE CITY UT 84104

**ADAD Physical Address**
Provider: CENTURY LINK
Serial No: D/480SC-2T1, D/240SC-TI
Company:ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact:ROY BUCHHOLZ
Title:
Address1:1991 S 4650 W
Address2:
City/St/Zip:SALT LAKE CITY UT 84104

**ADAD Physical Address**
Provider: CENTURY LINK
Serial No: D/480SC-2T1, D/240SC-T1
Company:ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact:ROY BUCHHOLZ
Title:
Address1:1991 S 4650 W
Address2:
City/St/Zip:SALT LAKE CITY UT 84104

**ADAD Physical Address**
Provider: Verizon
Serial No: D/480SC-2T1, D/240SC-T1
Company:ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact:ROY BUCHHOLZ
Title:
Address1:1991 S 4650 W
Address2:
City/St/Zip:SALT LAKE CITY UT 84104

**ADAD Physical Address**
Provider: VERIZON,
Serial No: D/480SC-2T1, D/240SC-T1
Company:ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact:ROY BUCHHOLZ
Title:
Address1:4850 STREET ROAD
Address2:SUITE 300
City/St/Zip:TREVOSE PA 19053

**ADAD Physical Address**

FCC/ACTA Registration No:ENCUSA-3315-CN-E
Main:(651) 255-2001
Toll-Free:
Fax:(800) 501-4743
Cell:

Email:Tim.Grenz@allianceoneinc.com

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No:ENCUSA-3315-CN-E
Main:(651) 255-2001
Toll-Free:
Fax:
Cell:

Email:Tim.Grenz@allianceoneinc.com

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No:ENCUSA-34549-CN-T
Main:(651) 255-2001
Toll-Free:
Fax:(800) 501-4743
Cell:

Email:Tim.Grenz@allianceoneinc.com

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No:EMUSA-21110-XD-N
Main:(651) 255-2001
Toll-Free:
Fax:(800) 501-4743
Cell:

Email:Tim.Grenz@allianceoneinc.com

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No:EMCUSA-77548-UM-E
Main:(651) 255-2001
Toll-Free:
Fax:(800) 501-4743
Cell:

Email:Tim.Grenz@allianceoneinc.com

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No:ENCUSA-34549-CN-T
Main:(651) 255-2001
Toll-Free:
Fax:
Cell:

Email:Tim.Grenz@allianceoneinc.com

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No:EMUSA-21110-XD-N
Main:(651) 255-2001
Toll-Free:
Fax:
Cell:

Email:Tim.Grenz@allianceoneinc.com

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No:EMCUSA-77548-UM-E
Main:(651) 255-2001
Toll-Free:
Fax:
Cell:

Email:Tim.Grenz@allianceoneinc.com

Provider: VERIZON
Serial No: D/480SC-2T1, D/240SC-TI
Company: ** COPY RECORD ** ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact: ROY BUCHHOLZ
Title:
Address1: 4850 STREET ROAD
Address2: SUITE 300
City/St/Zip: TREVOSE PA 19053

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No: ENCUSA-3315-CN-E
Main: (651) 255-2001
Toll-Free:
Fax: (800) 501-4743
Cell:

Email: Tim.Grenz@allianceoneinc.com

**Adad Data File Uploader**

## Files Uploaded (max 1 files. Only txt,xls file types allowed) **Read Me**

| File Name | Size | Date | Delete |
|-----------|------|------|--------|
| AD060078.xlsx | 16.51 KB | 7/15/2015 5:12:20 PM | ✖ |

**Affirmation**

Comments:

Name: Tim Casey

Title: President and CEO

Affirm Date: 7/15/2015 5:13:14 PM

Status: EDIT

**By submitting this report, I swear and affirm that all statements and representations submitted herein are true and correct to the best of my knowledge.**

RECEIVED

2016 JUL 27  AM 10: 5

PUBLIC UTILITY COMMISSION
FILING CLERK

Donna L. Nelson
Chairman

Kenneth W. Anderson, Jr.
Commissioner

Brandy D. Marquez
Commissioner

Brian Lloyd
Executive Director



Greg Abbott
Governor

RECEIVED
7/21/2016
10.14:40 AM
PUBLIC UTILITY
COMMISSION OF
TEXAS
ONLINE SUBMISSION
Submitted By. jawoyinka

## Public Utility Commission of Texas
### ADAD Registration
### Project 45440

### Company Information

| | |
|---|---|
| Company Name: ALLIANCEONE RECEIVABLES MANAGEMENT INC | Submissions: 0 |
| PUC Tracking No.: AD060078 | Last Submitted: Never Submitted |
| Project No.: 45440 | Organization Type: Corporation |

NOTE: For changes to business entity, state of incorporation, identification numbers, or business or professional certificates please convey information in the note field in the Affirmation section below. Thank you.

**Click the "Submit" button to complete this section.**

Submit

### Certified D/B/A Names

*Company/DBA/Additional Names Information*
ALLIANCEONE

### Company Addresses and Contact Information

*Address Information*

**Mailing / PO Box**                     Non Emergency                  **Primary Address**
Company: ALLIANCEONE RECEIVABLES MANAGEMENT INC          Main: (651) 255-2001
Contact: ROY BUCHHOLZ                                 Toll-Free:
Title:                                                    Fax: (800) 501-4743
Address1: 4850 STREET ROAD                               Home:
Address2: SUITE 300                                       Cell:
City/St/Zip: TREVOSE PA 19053                            Email: Roy.Buchholz@allianceoneinc.com
Website:

**Company / Physical**                   Non Emergency
Company: ALLIANCEONE RECEIVABLES MANAGEMENT INC          Main: (651) 255-2065
Contact: TIM GRENZ                                   Toll-Free: (888) 816-8795
Title:                                                    Fax: (800) 501-4743
Address1: 3000 AMES CROSSING ROAD                       Home:
Address2: SUITE 750                                       Cell:
City/St/Zip: EAGAN MN 55121                             Email: Tim.Grenz@allianceoneinc.com
Website:

**Contact**                              Non Emergency
Company: ALLIANCEONE RECEIVABLES MANAGEMENT INC          Main: (651) 255-2132
Contact: CAROL EZELL                                 Toll-Free: (866) 367-6619
Title: COMPLIANCE OFFICER                                 Fax: (800) 501-4743
Address1: 3000 AMES CROSSING ROAD                       Home:
Address2: SUITE 750                                       Cell:
City/St/Zip: EAGAN MN 55121                             Email: tim.grenz@allianceoneinc.com
Website:

### ADAD Units

*Address Information*

**ADAD Physical Address**
Provider: CENTURY LINK                              Manufacturer: ONTARIO SYSTEMS

379

Serial No: D/480SC-2T1, D/240SC-TI
Company: ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact: ROY BUCHHOLZ
Title:
Address1: 1991 S 4650 W
Address2:
City/St/Zip: SALT LAKE CITY UT 84104

FCC/ACTA Registration No: ENCUSA-3315-CN-E
Main: (651) 255-2001
Toll-Free:
Fax: (800) 501-4743
Cell:

Email: Tim.Grenz@allianceoneinc.com

**ADAD Physical Address**
Provider: VERIZON
Serial No: D/480SC-2T1, D/240SC-T1
Company: ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact: ROY BUCHHOLZ
Title:
Address1: 4850 STREET ROAD
Address2: LEVEL 3
City/St/Zip: TREVOSE PA 19053

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No: ENCUSA-3315-CN-E
Main: (651) 255-2001
Toll-Free:
Fax:
Cell:

Email: Tim.Grenz@allianceoneinc.com

**ADAD Physical Address**
Provider: Verizon
Serial No: D/480SC-2T1, D/240SC-TI
Company: ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact: ROY BUCHHOLZ
Title:
Address1: 1991 S 4650 W
Address2:
City/St/Zip: SALT LAKE CITY UT 84104

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No: ENCUSA-34549-CN-T
Main: (651) 255-2001
Toll-Free:
Fax: (800) 501-4743
Cell:

Email: Tim.Grenz@allianceoneinc.com

**ADAD Physical Address**
Provider: CENTURY LINK
Serial No: D/480SC-2T1, D/240SC-TI
Company: ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact: ROY BUCHHOLZ
Title:
Address1: 1991 S 4650 W
Address2:
City/St/Zip: SALT LAKE CITY UT 84104

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No: EMUSA-21110-XD-N
Main: (651) 255-2001
Toll-Free:
Fax: (800) 501-4743
Cell:

Email: Tim.Grenz@allianceoneinc.com

**ADAD Physical Address**
Provider: CENTURY LINK
Serial No: D/480SC-2T1, D/240SC-TI
Company: ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact: ROY BUCHHOLZ
Title:
Address1: 1991 S 4650 W
Address2:
City/St/Zip: SALT LAKE CITY UT 84104

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No: EMCUSA-77548-UM-E
Main: (651) 255-2001
Toll-Free:
Fax: (800) 501-4743
Cell:

Email: Tim.Grenz@allianceoneinc.com

**ADAD Physical Address**
Provider: CENTURY LINK
Serial No: D/480SC-2T1, D/240SC-T1
Company: ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact: ROY BUCHHOLZ
Title:
Address1: 1991 S 4650 W
Address2:
City/St/Zip: SALT LAKE CITY UT 84104

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No: ENCUSA-34549-CN-T
Main: (651) 255-2001
Toll-Free:
Fax:
Cell:

Email: Tim.Grenz@allianceoneinc.com

**ADAD Physical Address**
Provider: Verizon
Serial No: D/480SC-2T1, D/240SC-T1
Company: ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact: ROY BUCHHOLZ
Title:
Address1: 1991 S 4650 W
Address2:
City/St/Zip: SALT LAKE CITY UT 84104

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No: EMUSA-21110-XD-N
Main: (651) 255-2001
Toll-Free:
Fax:
Cell:

Email: Tim.Grenz@allianceoneinc.com

**ADAD Physical Address**
Provider: VERIZON,
Serial No: D/480SC-2T1, D/240SC-T1
Company: ALLIANCEONE RECEIVABLES MANAGEMENT INC
Contact: ROY BUCHHOLZ
Title:
Address1: 4850 STREET ROAD
Address2: SUITE 300
City/St/Zip: TREVOSE PA 19053

Manufacturer: ONTARIO SYSTEMS
FCC/ACTA Registration No: EMCUSA-77548-UM-E
Main: (651) 255-2001
Toll-Free:
Fax:
Cell:

Email: Tim.Grenz@allianceoneinc.com

**ADAD Physical Address**

| | |
|---|---|
| Provider: VERIZON | Manufacturer: ONTARIO SYSTEMS |
| Serial No: D/480SC-2T1, D/240SC-TI | FCC/ACTA Registration No: ENCUSA-3315-CN-E |
| Company: ** COPY RECORD ** ALLIANCEONE RECEIVABLES MANAGEMENT INC | Main: (651) 255-2001 |
| Contact: ROY BUCHHOLZ | Toll-Free: |
| Title: | Fax: (800) 501-4743 |
| Address1: 4850 STREET ROAD | Cell: |
| Address2: SUITE 300 | |
| City/St/Zip: TREVOSE PA 19053 | Email: Tim.Grenz@allianceoneinc.com |

## Adad Data File Uploader

### Files Uploaded (max 1 files. Only txt,xls file types allowed) Portal Help Page

| File Name | Size | Date | Delete |
|---|---|---|---|
| AD060078.xlsx | 17.78 KB | 7/21/2016 10:10:30 AM | ✖ |

## Affirmation

Comments:

Name: Tim Casey

Title: President and CEO

Affirm Date: 7/21/2016 10:11:47 AM

Status: EDIT

**By submitting this report, I swear and affirm that all statements and representations submitted herein are true and correct to the best of my knowledge.**

# EXHIBIT 4

## CALL DATE/TIME SUMMARY

| Call No. | Date & Time of Call |
|---|---|
| 1 | 9/19/14 4:05 PM |
| 2 | 6/23/15 6:31 PM |
| 3 | 6/24/15 11:48 AM |
| 4 | 6/25/15 2:41 PM |
| 5 | 6/26/15 8:19 PM |
| 6 | 6/27/15 9:27 AM |
| 7 | 7/6/15 12:46 PM |
| 8 | 7/6/15 6:34 PM |
| 9 | 7/7/15 1:36 PM |
| 10 | 7/8/15 9:25 AM |
| 11 | 7/8/15 1:16 PM |
| 12 | 7/8/15 4:03 PM |
| 13 | 7/8/15 5:34 PM |
| 14 | 7/9/15 8:47 AM |
| 15 | 7/9/15 12:07 PM |
| 16 | 7/9/15 1:31 PM |
| 17 | 7/9/15 3:03 PM |
| 18 | 7/9/15 7:43 PM |
| 19 | 7/10/15 8:40 AM |
| 20 | 7/10/15 11:53 AM |
| 21 | 7/10/15 1:12 PM |
| 22 | 7/11/15 9:34 AM |
| 23 | 7/11/15 1:10 PM |
| 24 | 7/11/15 2:16 PM |
| 25 | 7/11/15 3:55 PM |
| 26 | 7/12/15 4:21 PM |
| 27 | 7/12/15 6:01 PM |
| 28 | 7/12/15 8:21 PM |
| 29 | 7/13/15 10:48 AM |
| 30 | 7/13/15 2:52 PM |
| 31 | 7/13/15 5:13 PM |
| 32 | 7/13/15 8:27 PM |
| 33 | 7/14/15 9:12 AM |
| 34 | 7/14/15 12:43 PM |
| 35 | 7/14/15 5:09 PM |
| 36 | 7/15/15 9:26 AM |
| 37 | 7/15/15 2:06 PM |

| 38 | 7/15/15 7:56 PM |
| 39 | 7/16/15 9:50 AM |
| 40 | 7/16/15 1:08 PM |
| 41 | 7/16/15 4:13 PM |
| 42 | 7/16/15 8:42 PM |
| 43 | 7/17/15 8:45 AM |
| 44 | 7/17/15 12:22 PM |
| 45 | 7/17/15 3:29 PM |
| 46 | 7/18/15 9:13 AM |
| 47 | 7/18/15 1:21 PM |
| 48 | 7/19/15 2:11 PM |
| 49 | 7/19/15 4:35 PM |
| 50 | 7/19/15 6:34 PM |
| 51 | 7/19/15 8:27 PM |
| 52 | 7/20/15 9:18 AM |
| 53 | 7/20/15 12:55 PM |
| 54 | 7/20/15 6:47 PM |
| 55 | 7/21/15 9:14 AM |
| 56 | 7/21/15 12:22 PM |
| 57 | 7/21/15 3:46 PM |
| 58 | 7/21/15 7:30 PM |
| 59 | 7/22/15 9:25 AM |
| 60 | 7/22/15 12:22 PM |
| 61 | 7/22/15 2:50 PM |
| 62 | 7/22/15 3:54 PM |
| 63 | 7/22/15 7:37 PM |
| 64 | 7/23/15 8:58 AM |
| 65 | 7/23/15 12:17 PM |
| 66 | 7/23/15 2:06 PM |
| 67 | 7/23/15 3:49 PM |
| 68 | 7/23/15 5:00 PM |
| 69 | 7/24/15 9:44 AM |
| 70 | 7/24/15 1:01 PM |
| 71 | 7/24/15 3:12 PM |
| 72 | 7/24/15 4:30 PM |
| 73 | 7/24/15 6:05 PM |
| 74 | 7/25/15 9:01 AM |
| 75 | 7/25/15 4:51 PM |
| 76 | 7/26/15 2:09 PM |

| 77 | 7/26/15 4:21 PM |
| 78 | 7/26/15 6:39 PM |
| 79 | 7/26/15 8:28 PM |
| 80 | 7/27/15 8:37 AM |
| 81 | 7/27/15 11:35 AM |
| 82 | 7/27/15 12:13 PM |
| 83 | 7/27/15 3:42 PM |
| 84 | 7/27/15 4:53 PM |
| 85 | 7/27/15 6:24 PM |
| 86 | 7/27/15 12:00 PM |
| 87 | 7/28/15 12:17 PM |
| 88 | 7/28/15 12:55 PM |
| 89 | 7/28/15 2:20 PM |
| 90 | 7/28/15 4:43 PM |
| 91 | 7/28/15 6:56 PM |
| 92 | 7/29/15 9:40 AM |
| 93 | 7/29/15 11:58 AM |
| 94 | 7/29/15 1:36 PM |
| 95 | 7/29/15 2:20 PM |
| 96 | 7/29/15 8:33 PM |
| 97 | 7/30/15 8:56 AM |
| 98 | 7/30/15 12:06 PM |
| 99 | 7/30/15 1:27 PM |
| 100 | 7/30/15 2:32 PM |
| 101 | 7/30/15 4:17 PM |
| 102 | 7/30/15 7:24 PM |
| 103 | 7/31/15 8:40 AM |
| 104 | 7/31/15 12:30 PM |
| 105 | 7/31/15 2:14 PM |
| 106 | 7/31/15 4:10 PM |
| 107 | 7/31/15 5:34 PM |
| 108 | 7/31/15 7:40 PM |
| 109 | 8/1/15 9:17 AM |
| 110 | 8/1/15 12:30 PM |
| 111 | 8/1/15 2:27 PM |
| 112 | 8/1/15 4:10 PM |
| 113 | 8/2/15 2:01 PM |
| 114 | 8/2/15 3:41 PM |
| 115 | 8/2/15 4:37 PM |

| 116 | 8/2/15 7:00 PM |
| 117 | 8/2/15 7:52 PM |
| 118 | 8/3/15 8:54 AM |
| 119 | 8/3/15 1:45 PM |
| 120 | 8/3/15 3:08 PM |
| 121 | 8/3/15 3:57 PM |
| 122 | 8/3/15 6:49 PM |
| 123 | 8/3/15 7:59 PM |
| 124 | 8/4/15 9:02 AM |
| 125 | 8/4/15 1:33 PM |
| 126 | 8/4/15 3:57 PM |
| 127 | 8/4/15 5:08 PM |
| 128 | 8/4/15 7:18 PM |
| 129 | 8/5/15 8:44 AM |
| 130 | 8/5/15 12:11 PM |
| 131 | 8/5/15 2:36 PM |
| 132 | 8/5/15 4:53 PM |
| 133 | 8/5/15 6:29 PM |
| 134 | 8/6/15 9:13 AM |
| 135 | 8/6/15 1:20 PM |
| 136 | 8/6/15 3:50 PM |
| 137 | 8/6/15 6:50 PM |
| 138 | 8/7/15 8:44 AM |
| 139 | 8/7/15 11:40 AM |
| 140 | 8/7/15 3:09 PM |
| 141 | 8/7/15 4:15 PM |
| 142 | 8/8/15 8:43 AM |
| 143 | 8/8/15 1:09 PM |
| 144 | 8/8/15 3:05 PM |
| 145 | 8/8/15 3:52 PM |
| 146 | 8/9/15 1:52 PM |
| 147 | 8/9/15 3:05 PM |
| 148 | 8/9/15 4:13 PM |
| 149 | 8/9/15 7:45 PM |
| 150 | 8/9/15 8:37 PM |
| 151 | 8/10/15 8:58 AM |
| 152 | 8/10/15 1:14 PM |
| 153 | 8/10/15 3:52 PM |
| 154 | 8/10/15 5:56 AM |

| 155 | 8/10/15 7:36 PM |
|-----|-----------------|
| 156 | 8/11/15 8:47 AM |
| 157 | 8/11/15 11:56 AM |
| 158 | 8/11/15 2:19 AM |
| 159 | 8/11/15 4:29 AM |
| 160 | 8/12/15 9:08 AM |
| 161 | 8/12/15 11:58 AM |
| 162 | 8/12/15 1:29 PM |
| 163 | 8/12/15 4:50 PM |
| 164 | 8/12/15 6:50 PM |
| 165 | 8/13/15 9:06 AM |
| 166 | 8/13/15 12:15 PM |
| 167 | 8/13/15 3:26 PM |
| 168 | 8/13/15 4:23 PM |
| 169 | 8/14/15 9:07 AM |
| 170 | 8/14/15 12:56 PM |
| 171 | 8/14/15 3:11 PM |
| 172 | 8/14/15 4:37 PM |
| 173 | 8/14/15 7:42 PM |
| 174 | 8/15/15 9:16 AM |
| 175 | 8/15/15 2:34 PM |
| 176 | 8/16/15 4:24 PM |
| 177 | 8/17/15 9:00 AM |
| 178 | 8/17/15 1:05 PM |
| 179 | 8/17/15 2:20 PM |
| 180 | 8/17/15 7:04 PM |
| 181 | 8/18/15 9:00 AM |
| 182 | 8/18/15 12:16 PM |
| 183 | 8/18/15 3:45 PM |
| 184 | 8/18/15 5:53 PM |
| 185 | 8/18/15 7:51 PM |
| 186 | 8/19/15 9:00 AM |
| 187 | 8/19/15 1:34 PM |
| 188 | 8/19/15 3:31 PM |
| 189 | 8/19/15 4:09 PM |
| 190 | 8/19/15 5:57 PM |
| 191 | 8/20/15 9:09 AM |
| 192 | 8/20/15 12:50 PM |
| 193 | 8/20/15 3:02 PM |

| 194 | 8/20/15 5:23 PM |
| 195 | 8/21/15 8:47 AM |
| 196 | 8/21/15 12:27 PM |
| 197 | 8/21/15 1:38 PM |
| 198 | 8/21/15 8:39 PM |
| 199 | 8/22/15 3:06 PM |
| 200 | 8/22/15 4:51 PM |
| 201 | 8/23/15 2:41 PM |
| 202 | 8/23/15 5:10 PM |
| 203 | 8/24/15 10:44 AM |
| 204 | 8/24/15 12:37 PM |
| 205 | 8/24/15 2:46 PM |
| 206 | 8/24/15 5:42 PM |
| 207 | 8/25/15 8:57 AM |
| 208 | 8/25/15 12:35 PM |
| 209 | 8/25/15 3:31 PM |
| 210 | 8/25/15 5:48 PM |
| 211 | 8/26/15 8:59 AM |
| 212 | 8/26/15 12:35 PM |
| 213 | 8/26/15 2:23 PM |
| 214 | 8/26/15 5:30 PM |
| 215 | 8/27/15 9:02 AM |
| 216 | 8/27/15 12:25 PM |
| 217 | 8/27/15 3:13 PM |
| 218 | 8/27/15 5:57 PM |
| 219 | 8/28/15 8:51 AM |
| 220 | 8/28/15 12:30 PM |
| 221 | 8/28/15 3:39 PM |
| 222 | 8/28/15 6:47 PM |
| 223 | 8/29/15 9:56 AM |
| 224 | 8/30/15 2:47 PM |
| 225 | 8/30/15 5:58 PM |
| 226 | 8/31/15 8:56 AM |
| 227 | 8/31/15 12:17 PM |
| 228 | 8/31/15 2:16 PM |
| 229 | 8/31/15 6:46 PM |
| 230 | 9/1/15 12:10 PM |
| 231 | 9/1/15 2:08 PM |
| 232 | 9/1/15 3:43 PM |

| 233 | 9/1/15 5:05 PM |
| 234 | 9/1/15 8:40 PM |
| 235 | 9/2/15 9:09 AM |
| 236 | 9/2/15 1:20 PM |
| 237 | 9/2/15 3:04 PM |
| 238 | 9/2/15 3:56 PM |
| 239 | 9/3/15 9:44 AM |
| 240 | 9/3/15 1:37 PM |
| 241 | 9/3/15 4:06 PM |
| 242 | 9/3/15 6:28 PM |
| 243 | 9/4/15 2:34 PM |
| 244 | 9/4/15 5:49 PM |
| 245 | 9/5/15 12:27 PM |
| 246 | 9/5/15 3:40 PM |
| 247 | 9/6/15 3:08 PM |
| 248 | 9/6/15 7:11 PM |
| 249 | 9/7/15 9:21 AM |
| 250 | 9/7/15 12:25 PM |
| 251 | 9/7/15 2:42 PM |
| 252 | 9/7/15 4:26 PM |
| 253 | 9/7/15 7:43 PM |
| 254 | 9/8/15 9:40 AM |
| 255 | 9/8/15 1:02 PM |
| 256 | 9/8/15 3:40 PM |
| 257 | 9/8/15 5:17 PM |
| 258 | 9/9/15 9:18 AM |
| 259 | 9/9/15 12:14 PM |
| 260 | 9/9/15 3:13 PM |
| 261 | 9/9/15 5:17 PM |
| 262 | 9/10/15 9:54 AM |
| 263 | 9/10/15 2:17 PM |
| 264 | 9/10/15 4:22 PM |
| 265 | 9/10/15 6:26 PM |
| 266 | 9/11/15 9:32 AM |
| 267 | 9/11/15 12:49 PM |
| 268 | 9/11/15 4:08 PM |
| 269 | 9/12/15 8:57 AM |
| 270 | 9/12/15 2:20 PM |
| 271 | 9/13/15 3:44 PM |

| 272 | 9/13/15 7:47 PM |
| 273 | 9/14/15 10:18 AM |
| 274 | 9/14/15 4:29 PM |
| 275 | 9/14/15 7:46 PM |
| 276 | 9/15/15 9:28 AM |
| 277 | 9/15/15 12:33 PM |
| 278 | 9/15/15 2:48 PM |
| 279 | 9/15/15 4:30 PM |
| 280 | 9/15/15 7:36 PM |
| 281 | 9/16/15 8:45 AM |
| 282 | 9/16/15 12:58 PM |
| 283 | 9/16/15 3:39 PM |
| 284 | 9/16/15 5:44 PM |
| 285 | 9/17/15 9:35 AM |
| 286 | 9/17/15 12:49 PM |
| 287 | 9/17/15 3:36 PM |
| 288 | 9/17/15 5:16 PM |
| 289 | 9/17/15 7:58 PM |
| 290 | 9/18/15 9:15 AM |
| 291 | 9/18/15 12:16 PM |
| 292 | 9/18/15 3:12 PM |
| 293 | 9/18/15 5:56 PM |
| 294 | 9/19/15 9:05 AM |
| 295 | 9/19/15 1:50 PM |
| 296 | 9/20/15 2:46 PM |
| 297 | 9/20/15 6:30 PM |
| 298 | 9/21/15 9:54 AM |
| 299 | 9/21/15 12:58 PM |
| 300 | 9/22/15 9:21 AM |
| 301 | 9/22/15 12:42 PM |
| 302 | 9/22/15 3:29 PM |
| 303 | 9/23/15 10:10 AM |
| 304 | 9/23/15 2:18 PM |
| 305 | 9/23/15 8:00 PM |
| 306 | 9/24/15 10:24 AM |
| 307 | 9/24/15 12:23 PM |
| 308 | 9/24/15 4:08 PM |
| 309 | 9/24/15 5:16 PM |
| 310 | 9/25/15 9:53 AM |

| 311 | 9/25/15 2:28 PM |
| 312 | 9/25/15 5:34 PM |
| 313 | 9/25/15 6:19 PM |
| 314 | 9/26/15 9:29 AM |
| 315 | 9/26/15 2:03 PM |
| 316 | 9/27/15 7:13 PM |
| 317 | 9/28/15 11:29 AM |
| 318 | 9/28/15 3:48 PM |
| 319 | 9/28/15 5:15 PM |
| 320 | 9/28/15 6:58 PM |
| 321 | 9/29/15 9:31 AM |
| 322 | 9/29/15 12:29 PM |
| 323 | 9/29/15 4:12 PM |
| 324 | 9/29/15 5:31 PM |
| 325 | 9/30/15 9:15 AM |
| 326 | 9/30/15 12:47 PM |
| 327 | 9/30/15 3:15 PM |
| 328 | 9/30/15 4:39 PM |
| 329 | 9/30/15 8:06 PM |
| 330 | 10/1/15 10:08 AM |
| 331 | 10/1/15 12:24 PM |
| 332 | 10/1/15 3:41 PM |
| 333 | 10/1/15 4:37 PM |
| 334 | 10/2/15 10:22 AM |
| 335 | 10/2/15 1:30 PM |
| 336 | 10/3/15 10:23 AM |
| 337 | 10/3/15 3:19 PM |
| 338 | 10/4/15 3:20 PM |
| 339 | 10/4/15 7:04 PM |
| 340 | 10/5/15 11:00 AM |
| 341 | 10/5/15 2:52 PM |
| 342 | 10/5/15 6:20 PM |
| 343 | 10/5/15 7:55 PM |
| 344 | 10/6/15 9:57 AM |
| 345 | 10/6/15 3:02 PM |
| 346 | 10/6/15 5:14 PM |
| 347 | 10/7/15 9:23 AM |
| 348 | 10/7/15 1:21 PM |
| 349 | 10/7/15 4:52 PM |

| 350 | 10/7/15 6:42 PM |
| 351 | 10/8/15 9:48 AM |
| 352 | 10/8/15 1:07 PM |
| 353 | 10/8/15 3:41 PM |
| 354 | 10/9/15 10:02 AM |
| 355 | 10/9/15 12:06 PM |
| 356 | 10/9/15 3:17 PM |
| 357 | 10/9/15 4:39 PM |
| 358 | 10/9/15 6:16 PM |
| 359 | 10/10/15 9:35 AM |
| 360 | 10/10/15 2:17 PM |
| 361 | 10/11/15 3:20 PM |
| 362 | 10/11/15 6:37 PM |
| 363 | 10/12/15 10:11 AM |
| 364 | 10/12/15 1:53 PM |
| 365 | 10/12/15 4:43 PM |
| 366 | 10/12/15 6:43 PM |
| 367 | 10/13/15 9:35 AM |
| 368 | 10/13/15 1:00 PM |
| 369 | 10/13/15 3:22 PM |
| 370 | 10/13/15 4:45 PM |
| 371 | 10/14/15 9:37 AM |
| 372 | 10/14/15 1:48 PM |
| 373 | 10/14/15 5:24 PM |
| 374 | 10/14/15 6:28 PM |
| 375 | 10/15/15 9:36 AM |
| 376 | 10/15/15 3:02 PM |
| 377 | 10/15/15 4:56 PM |
| 378 | 10/16/15 9:40 AM |
| 379 | 10/16/15 2:39 PM |
| 380 | 10/16/15 4:50 PM |
| 381 | 10/16/15 5:57 PM |
| 382 | 10/17/15 10:13 AM |
| 383 | 10/17/15 2:29 PM |
| 384 | 10/18/15 4:44 PM |
| 385 | 10/19/15 10:22 AM |
| 386 | 10/19/15 12:44 PM |
| 387 | 10/19/15 4:21 PM |
| 388 | 10/19/15 5:42 PM |

| 389 | 10/20/15 9:23 AM |
| 390 | 10/20/15 12:26 PM |
| 391 | 10/20/15 2:37 PM |
| 392 | 10/20/15 3:40 PM |
| 393 | 10/20/15 6:47 PM |
| 394 | 10/21/15 9:48 AM |
| 395 | 10/21/15 1:53 PM |
| 396 | 10/21/15 3:40 PM |
| 397 | 10/21/15 6:16 PM |
| 398 | 10/22/15 9:42 AM |
| 399 | 10/22/15 12:02 PM |
| 400 | 10/22/15 1:26 PM |
| 401 | 10/22/15 5:19 PM |
| 402 | 10/23/15 10:18 AM |
| 403 | 10/23/15 12:47 PM |
| 404 | 10/23/15 3:52 PM |
| 405 | 10/23/15 5:48 PM |
| 406 | 10/24/15 2:49 PM |
| 407 | 10/25/15 4:47 PM |
| 408 | 10/26/15 10:13 AM |
| 409 | 10/27/15 9:26 AM |
| 410 | 10/27/15 6:58 PM |
| 411 | 10/28/15 9:36 AM |
| 412 | 10/28/15 5:10 PM |
| 413 | 10/29/15 9:14 AM |
| 414 | 10/29/15 7:46 PM |
| 415 | 10/30/15 9:18 AM |
| 416 | 10/30/15 5:03 PM |
| 417 | 10/30/15 7:35 PM |
| 418 | 11/1/15 5:42 PM |
| 419 | 11/2/15 8:47 AM |
| 420 | 11/2/15 6:58 PM |
| 421 | 11/3/15 10:16 AM |
| 422 | 11/4/15 9:38 AM |
| 423 | 11/5/15 9:18 AM |
| 424 | 11/6/15 9:42 AM |
| 425 | 11/7/15 11:58 AM |
| 426 | 11/8/15 7:48 PM |
| 427 | 11/9/15 9:40 AM |

| 428 | 11/12/15 9:03 AM |
|-----|------------------|
| 429 | 11/12/15 3:35 PM |
| 430 | 11/13/15 4:12 PM |
| 431 | 11/14/15 3:45 PM |
| 432 | 11/16/15 3:23 PM |
| 433 | 11/17/15 12:28 PM |
| 434 | 11/17/15 3:18 PM |
| 435 | 11/18/15 8:55 AM |
| 436 | 11/19/15 3:06 PM |
| 437 | 11/20/15 9:00 AM |
| 438 | 11/20/15 5:24 PM |